bef

|  |  |
|---|---|
| **United States District Court**<br>**Western District of Texas**<br>**El Paso Division** | **FILED**<br>02/09/2018<br>Clerk, U.S. District Court<br>Western District of Texas<br><br>By: _____*CR*_____<br>Deputy |

USA §
§
vs. §    Case Number:   EP:18-M -00761(1)
§
(1) DOMINGO LOPEZ-DE LA CRUZ §    *  8 USC 1325(a)(1)
*Defendant*

## INITIAL APPEARANCE

On **February 09, 2018**, the defendant appeared in Open Court before U.S. Magistrate Judge **ANNE T. BERTON**.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.

2) The right to retain counsel or to request the assignment of counsel if he/sheare unable to obtain counsel.

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.

4) The right to a preliminary examination if not indicted; and,

5) The right to consideration of bail.

6) The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**

( X )   Counsel Appointed/Retained: CJA  Norma Angelica Islas  915-599-9883

**Next Hearing Date/Time**

( X )   **MISDEMEANOR ARRAIGNMENT/SENTENCE**   February 13, 2018  at  **02:30 PM**

525 Magoffin Avenue, El Paso, TX 79901      Magistrate Courtroom, Room 412

**Bond**

( X )   $10,000 CASH OR CORPORATE SURETY

**Interpreter Needed:**        **Interpreter:Spanish**            **Record FTR Gold**

**Time:**   2:29-2:46 ( 0 minutes)

Arresting Agency:   El Paso Sector Border Patrol - Lopez, Esteban E.
Courtroom Deputy: Cecilia Rodriguez - 915-834-0534

AO 91 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
02/09/2018
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

**USA**

vs.

**(1) DOMINGO LOPEZ-DE LA CRUZ**

§
§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:18-M -00761(1)**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 3, 2018** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officersin violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

*"The Defendant, Domingo LOPEZ-De La Cruz, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico by wading the Rio Grande River on February 3, 2018, approximately 35 miles east of Fort Hancock, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers."*

Continued on the attached sheet and made a part hereof:    **X** Yes    ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Lopez, Esteban E.
Border Patrol Agent

02/09/2018
Date

at  EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

**WESTERN DISTRICT OF TEXAS**

**(1) DOMINGO LOPEZ-DE LA CRUZ**

FACTS (CONTINUED)

On February 7, 2018, Patrol Agent in Charge Jose Grajeda was assigned to work the 6AM-4PM shift at the Sierra Blanca Border Patrol Station in Sierra Blanca, Texas. Agent Grajeda was traveling in his assigned, Home to Work, unmarked Government vehicle when at approximately 5:45 a.m., Agent Grajeda observed multiple individuals walking along the access road near the Lasca Road overpass, which is located on Interstate Highway 10, mile marker 99 in the Western District of Texas. The agent observed all the individuals wearing similar camouflaged-style clothing. An alien smuggling organization that is currently operating in the Sierra Blanca area of responsibility and is known to smuggle groups of undocumented aliens and provide the individuals with camouflage-style clothing to minimize detection by Border Patrol Agents. Due to the style of camouflage clothing and knowledge of the tactic utilized by the alien smuggling organization, the agent activated the emergency lights of his government vehicle and in his full Border Patrol uniform, exited the vehicle. He approached the group, identified himself in the English language as a United States Border Patrol Agent, and instructed the individuals to stop walking. The individuals continued to walk away from him and after not complying with his commands in the English language, he once again identified himself as a Border Patrol Agent in the Spanish language and instructed the individuals to stop. At this time the individuals complied and stopped walking. The agent approached the individuals and in the Spanish language questioned them as to their citizenship and if they possessed any immigration documents allowing them to remain in the United States legally. The DEFENDANT, Domingo LOPEZ-De La Cruz, responded that he did not possess any Immigration documents and he was in the country illegally. After the agent's field interview, it was determined that the DEFENDANT was a citizen of Mexico. All ten individuals, including the DEFENDANT, were placed under arrest for illegal entry and transported to the Sierra Blanca Checkpoint. The DEFENDANT was advised of his rights utilizing CBP Form I-214 (Warning as to Rights) in the Spanish language. The DEFENDANT acknowledged understanding of his rights by signing form I-214 and then invoked his right to legal counsel. The DEFENDANT's fingerprints and photograph were enrolled into the E3/IDENT/NGI database system yielding no criminal or immigration history. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

The Defendant, Domingo LOPEZ-De La Cruz, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico by wading the Rio Grande River on February 3, 2018, approximately 35 miles east of Fort Hancock, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers.

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

**NONE**

United States District Court
Western District of Texas
El Paso Division

FILED
Feb 9 2018
Clerk, U.S. District Court
Western District of Texas

By: *CR*
Deputy

**UNITED STATES OF AMERICA** §
§
vs. § No: EP:18-M -00761(1)
§
**(1) DOMINGO LOPEZ-DE LA CRUZ** §
§

*Defendant*

# ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Norma Angelica Islas, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 9th day of February, 2018.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

**United States District Court**

**Western District of Texas**

**El Paso Division**

FILED
February 09, 2018
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | **Case Number: EP:18-M -00761(1) ATB** |
| § § | |
| **(1) DOMINGO LOPEZ-DE LA CRUZ** § § | |
| *Defendant* | |

## ORDER SETTING MISDEMEANOR ARRAIGNMENT/SENTENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for MISDEMEANOR ARRAIGNMENT/SENTENCE in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Tuesday, February 13, 2018, at 02:30 PM**

    IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **February 09, 2018.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE
